BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REMUS GREEN,<br><br>Petitioner,<br><br>v.<br><br>MIKE BABCOCK, Warden,<br><br>Respondent. | CASE NO. 2:13-CV-01646-EFB (HC)<br><br>APPLICATION AND [~~PROPOSED~~] ORDER TO SEAL PSR |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

CHRISTOPHER S. HALES, Assistant United States Attorney for the Eastern District of California, applies to this Court and respectfully represents as follows:

1. I have presented to this Court the Respondent's Response to 2241 Petition, along with the germane exhibits.

2. Today I submitted to the Court directly, via electronic mailing, a copy of the Petitioner's Presentence Investigation Report (PSR) excerpts, as Attachment 14 to the Melick Declaration in support of the Respondent's Response to 2241 Petition.

1

1     3.   The PSR excerpts should be filed under seal, under the
2 rules of this Court.
3     THEREFORE, the undersigned requests that Attachment 14 to the
4 Melick Declaration in support of the Respondent's Response to 2241
5 Petition be sealed pursuant to Rule 460(a) of the Local Rules.
6 DATED: January 15, 2014        BENJAMIN B. WAGNER
                                       United States Attorney
7
8                             By:  /s/  Christopher S. Hales
                                  CHRISTOPHER S. HALES
9                                   Assistant U.S. Attorney
10
11                           **O R D E R**
12
13    The Court hereby orders that Petitioner's PSR excerpts, filed as
14 Attachment 14 to the Melick Declaration in support of the
15 Respondent's Response to 2241 Petition, in the above-referenced case,
16 shall be sealed until further order of the Court.
17 DATED:  January 16, 2014
18                                 /s/ Edmund F. Brennan
19                                 EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28