1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER REMUS GREEN,              No.  2:13-cv-1646-KJM-EFB P

12              Petitioner,

13        v.                               ORDER

14   MIKE BABCOCK,

15              Respondent.

16

17

18        On February 4, 2016, the court denied petitioner's application for a writ of habeas corpus.

19   The Clerk of the Court closed the case and judgment was entered accordingly.  On July 25, 2016,

20   petitioner filed a document entitled "Motion to Supplement or Amend . . . . Objecting to

21   Magistrate Judge's Recommendation."[1]  The court takes no action on petitioner's filing as this

22   case is now closed.  Petitioner is hereby informed that the court will not respond to future filings

23   in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules

     of Appellate Procedure.

24
          So ordered.
25
     Dated:  August 1, 2016.          _____
26                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
27
     _____
          [1] Two copies of the motion were docketed, one with a certificate of service (ECF No. 29),
28   the other without (ECF No. 30).